UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SEAN REILLY, individually and on behalf of
all other similarly situated,
                Plaintiff,

-against-                                  17 **CIVIL** 2347 (NRB)

## JUDGMENT

U.S. PHYSICAL THERAPY, INC.,
CHRISTOPHER J. READING, LAWRANCE
W. MCAFEE. JON C. BATES, and GLENN W.
MCDOWELL,
                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 23, 2018, defendants' motion to dismiss in its entirety with prejudice is granted, judgment is entered for defendants, and this case is closed.

**Dated:** New York, New York
            July 24, 2018

                                                          RUBY J. KRAJICK
                                                          Clerk of Court
BY:
                                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 7/24/2018