UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN REILLY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. PHYSICAL THERAPY, INC., CHRISTOPHER J. READING, LAWRANCE W. MCAFEE, JON C. BATES, AND GLENN MCDOWELL,<br><br>Defendants. | Case No: 17-cv-02347-NRB |

## NOTICE OF MOTION OF PLAINTIFF SEAN REILLY FOR RECONSIDERATION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, pursuant to Fed. R. Civ. P. 59(e) and Local Rule 6.3, Lead Plaintiff Sean Reilly hereby moves for reconsideration of the Court's Order (ECF No. 46), granting Defendants' Motion to Dismiss Lead Plaintiff's Second Amended Class Action Complaint.

Dated: August 21, 2018                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By:   /s/ *Jacob A. Goldberg*
Jacob A. Goldberg, Esq.
Keith R. Lorenze, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel:  (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com
          klorenze@rosenlegal.com

and

        Phillip Kim, Esq. (PK 9384)
        Laurence M. Rosen (LR 5733)
        275 Madison Avenue, 34th Floor
        New York, NY 10007
        Tel: (212) 686-1060
        Fax: (212) 202-3827
        Email: pkim@rosenlegal.com
              lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff Sean Reilly and the Class*

**GOLDBERG LAW PC**
Michael Goldberg, Esq.
1999 Avenue of the Stars
Suite 1100
Los Angeles CA 90067
Tel: 1800-977-7401
Fax: 1800-536-0065

*Additional counsel to Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of August, 2018, I caused a true and correct copy of the foregoing *Notice of Motion of Plaintiff Sean Reilly for Reconsideration* to be filed on and served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg
The Rosen Law Firm, P.A.
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Tel: 215-600-2817
jgoldberg@rosenlegal.com

.